Printed: 12/29/10 11:59 AM

Page: 1

*Receipt 60897*

FILED
2010 DEC 30 PM 1:06

Case: 09-65051 - HAGA, ANTHONY W

# Claims Distribution Small Checks

Trustee: JOSIAH L. MASON (550220)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 9200670306466 | 110 | 12/29/10 | 3 | 03/15/10 | 610 | Payee: U.S. Bankruptcy Court<br>Akron Childrens Hospital<br>P.O. Box 75539<br>Cleveland, OH 44101 | 27.52 | 27.52 | 1.04 | 1.04 |

Check Amount: $1.04

(*) Denotes objection to Amount Filed