*#61037*

*FILED*
*2011 APR 20 PM 2:29*
*CLERK U.S. BANKRUPTCY COURT*
*NORTHERN DISTRICT OF OHIO*
*CANTON*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In the Matter of:

HAGA, ANTHONY W.
HAGA, TANYA L.

                    Debtors

JUDGE RUSS KENDIG
Chapter 7
Case No. 09-65051

## TRANSMITTAL OF UNCLAIMED FUNDS

Josiah L. Mason, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| CLAIM NO. | CREDITOR NAME | CREDITOR ADDRESS | AMOUNT |
|---|---|---|---|
| 6 | LIVING SCRIPTURES, INC. | 3625 Harrison Blvd, Ogden, UT 84403 | $8.40 |

*CK # 111*

2. Your trustee's check for $8.40 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Dated: April 13, 2011

/s/ Josiah L. Mason
Josiah L. Mason   #0003549
Trustee